**SB 866 § 5: Section 1150 of the Government Code is amended to read:**

1150. As used in this article:

(a) "State employee" means all persons who receive wages for services through the uniform payroll system established and administered by the Controller under Section 12470.

(b) "Public agency" includes counties, cities, municipal corporations, political subdivisions, public districts, and other public agencies of the state.

(c) "Employee organization" means an organization which represents employees of a public employer and that has been recognized or certified by the public employer or the Public Employment Relations Board as the exclusive representative of the employees.

(d) "Bona fide association" means an organization of employees and former employees of an agency of the state and the California State University, and which does not have as one of its purposes representing these employees in their employer-employee relations.

…

(f) (1) "Public employer" means the state, the Regents of the University of California, the Trustees of the California State University and the California State University, the Judicial Council, a trial court, a county, city, district, public authority, including transit district, public agency, or any other political subdivision or public corporation of the state, except as provided in paragraph (2).

**SB 866 SEC. 6. Section 1152 of the Government Code is amended to read:**

1152. Deductions may be requested by employee organizations and bona fide associations from the salaries and wages of their members, and public employers shall honor these requests, as follows:

> (a)  Employee organizations may request membership dues, initiation fees, and general assessments, as well as payment of any other membership benefit program sponsored by the organization.
>
> (b) Bona fide associations may request membership dues and initiation fees. The Controller shall not be required to make any benefit deductions for an employee member whose membership dues are not deducted.

**SEC. 7. Section 1153 of the Government Code is amended to read:**

1153. The Controller shall provide for the administration of payroll deductions as set forth in Sections 1151, 1151.5, and 1152, salary reductions pursuant to Section 12420.2, and may establish, by rule or regulation, procedures for that purpose. In administering these programs the Controller shall:

(a) Make, cancel, or change a deduction or reduction at the request of the person or organization authorized to receive the deduction or reduction. All requests shall be made on forms approved by the Controller.

(b) Obtain a certification from any state agency, employee organization, or business entity requesting a deduction or reduction that they have and will maintain an authorization, signed by the individual from whose salary or wages the deduction or reduction is to be made. An employee organization that certifies that it has and will maintain individual employee authorizations shall not be required to provide a copy of an individual authorization to the Controller unless a dispute arises about the existence or terms of the authorization.

(c) Provide for an agreement from individuals, organizations, and business entities receiving services to relieve the state, its officers and employees, of any liability that may result from making, canceling, or changing requested deductions or reductions. However, no financial institution receiving a payroll service pursuant to this section shall be required to reimburse the state for any error in the payroll service received by that financial institution after 90 days from the month in which the payroll service was deducted from an individual's paycheck.

(d) Determine the cost of performing the requested service and collect that cost from the organization, entity, or individual requesting or authorizing the service. Services requested which are incidental, but not necessary, to making the deduction may be performed at the Controller's discretion with any additional cost to be paid by the requester. At least 30 days prior to implementation of any adjustment of employee costs pursuant to Section 12420.2, the Controller shall notify in writing any affected employee organization.

(e) Prior to making a deduction for an employee organization or a bona fide association, determine that the organization or association has been recognized, certified, or registered by the appropriate authority.

(f) Decline to make a deduction for any individual, organization, or entity if the Controller determines that it is not administratively feasible or practical to make the deduction or if the Controller determines that the individual, organization, or entity requesting or receiving the deduction has failed to comply with any statute, rule, regulation, or procedure for the administration of deductions.

(g) After receiving notification from an employee organization that it possesses a written authorization for deduction, commence the first deduction in the next pay period after the Controller receives the notification. The

employee organization shall indemnify the Controller for any claims made by the employee for deductions made in reliance on that notification.

(h) Make, cancel, or change a deduction or reduction not later than the month subsequent to the month in which the request is received, except that a deduction for an employee organization may be revoked only pursuant to the terms of the employee's written authorization. Employee requests to cancel or change deductions for employee organizations shall be directed to the employee organization, rather than to the Controller. The employee organization shall be responsible for processing these requests. The Controller shall rely on information provided by the employee organization regarding whether deductions for an employee organization were properly canceled or changed, and the employee organization shall indemnify the Controller for any claims made by the employee for deductions made in reliance on that information. Except as provided in subdivision (c), all cancellations or changes shall be effective when made by the Controller.

(i) At the request of a state agency, transfer employee deduction authorization for a state-sponsored benefit program from one provider to another if the benefit and the employee contribution remain substantially the same. Notice of the transfer shall be given by the Controller to all affected employees.

**SEC. 8. Section 1157.3 of the Government Code is amended to read:**

1157.3. (a) Employees, including retired employees, of a public employer in addition to any other purposes authorized in this article, may also authorize deductions to be made from their salaries, wages, or retirement allowances for the payment of dues in, or for any other service, program, or committee provided or sponsored by, any employee organization or bona fide association whose membership is comprised, in whole or in part, of employees of the public employer and employees of such organization and which has as one of its objectives improvements in the terms or conditions of employment for the advancement of the welfare of the employees.

(b) The public employer shall honor employee authorizations for the deductions described in subdivision (a). The revocability of an authorization shall be determined by the terms of the authorization.

**SEC. 9. Section 1157.10 of the Government Code is amended to read:**

1157.10. Payroll deductions for state employees of public agencies, other than those under the uniform payroll system, shall be administered by the appropriate officer of the public agency. In administering payroll deductions the officer shall do all of the following:

(a) Make, cancel, or change a deduction at the request of the person or organization authorized to receive the deduction. All requests shall be on forms approved by the public agency.

(b) Obtain a certification from any state agency, employee organization, or business entity requesting a deduction that they have, and will maintain, an authorization to make the deduction, signed by the individual from whose salary or wages the deduction is to be made. An employee organization that certifies that it has and will maintain individual employee authorizations shall not be required to provide a copy of an individual authorization to the public agency unless a dispute arises about the existence or terms of the authorization.

(c) Provide for an agreement from organizations and business entities receiving deductions to relieve the public agency, its officers and employees, of any liability that may result from making, canceling, or changing requested deductions.

(d) Determine the cost of performing the requested deduction service and collect that cost from the organization, entity, or individual requesting or authorizing the deduction. Services requested which are incidental, but not necessary, to making the deduction may be performed at the public agency's discretion, with any additional cost to be paid by the requester.

(e) Prior to making a deduction for an employee organization or a bona fide association, determine that the organization or association has been recognized or registered by the appropriate authority.

(f) Decline to make deductions for any individual, organization, or entity if the public agency determines that it is not administratively feasible or practical to make the deduction.

(g) Make, cancel, or change a deduction not later than the month subsequent to the month in which the request is received, except that a deduction for an employee organization can be revoked only pursuant to the terms of the employee's written authorization. Employee requests to cancel or change deductions for employee organizations shall be directed to the employee organization, rather than to the public agency. The employee organization shall be responsible for processing these requests. The public agency shall rely on information provided by the employee organization regarding whether deductions for an employee organization were properly canceled or changed, and the employee organization shall indemnify the public agency for any claims made by the employee for deductions made in reliance on that information. All deductions, cancellations, or changes shall be effective when made by the public agency.

**SEC. 10. Section 1157.12 is added to the Government Code, to read:**

1157.12. Public employers other than the state that provide for the administration of payroll deductions authorized by employees for employee organizations as set forth in Sections 1152 and 1157.3 or pursuant to other public employee labor relations statutes, shall:

> (a) Rely on a certification from any employee organization requesting a deduction or reduction that they have and will maintain an authorization, signed by the individual from whose salary or wages the deduction or reduction is to be made. An employee organization that certifies that it has and will maintain individual employee authorizations shall not be required to provide a copy of an individual authorization to the public employer unless a dispute arises about the existence or terms of the authorization. The employee organization shall indemnify the public employer for any claims made by the employee for deductions made in reliance on that certification.
>
> (b) Direct employee requests to cancel or change deductions for employee organizations to the employee organization, rather than to the public employer. The public employer shall rely on information provided by the employee organization regarding whether deductions for an employee organization were properly canceled or changed, and the employee organization shall indemnify the public employer for any claims made by the employee for deductions made in reliance on that information. Deductions may be revoked only pursuant to the terms of the employee's written authorization.

**SEC. 11. Section 3550 of the Government Code is amended to read:**

3550. A public employer shall not deter or discourage public employees or applicants to be public employees from becoming or remaining members of an employee organization, or from authorizing representation by an employee organization, or from authorizing dues or fee deductions to an employee organization. This is declaratory of existing law.

**SEC. 14. Section 3553 is added to the Government Code, to read:**

3553. (a) This section shall apply only when an employee organization has been recognized or certified by the governing body of the public employer or the Public Employment Relations Board as the exclusive representative of employees in a bargaining unit.

(b) If a public employer chooses to disseminate mass communications to public employees or applicants to be public employees concerning public employees' rights to join or support an employee organization, or to refrain from joining or supporting

an employee organization, it shall meet and confer with the exclusive representative concerning the content of the mass communication.

(c) If the public employer and the exclusive representative do not come to agreement on the content of a public employer's mass communication covered by this section, and if the public employer still chooses to disseminate the mass communication, the public employer shall distribute to the public employees, in addition to, and at the same time as, its own mass communication, a communication of reasonable length provided to the public employer by the exclusive representative. The exclusive representative shall provide the public employer with adequate copies of its own mass communication prior to distribution.

(d) This section shall not apply to a public employer's distribution of a communication concerning public employee rights that has been adopted for purposes of this section by the Public Employment Relations Board or the Department of Human Resources.

(e) For purposes of this section, a "mass communication," means a written document, or script for an oral or recorded presentation or message, that is intended for delivery to multiple public employees.

**SEC. 16. Section 3556 of the Government Code is amended to read:**

3556. Each public employer described in subdivision (a) of Section 3555.5 shall provide the exclusive representative mandatory access to its new employee orientations. The exclusive representative shall receive not less than 10 days' notice in advance of an orientation, except that a shorter notice may be provided in a specific instance where there is an urgent need critical to the employer's operations that was not reasonably foreseeable. The structure, time, and manner of exclusive representative access shall be determined through mutual agreement between the employer and the exclusive representative, subject to the requirements of Section 3557. The date, time, and place of the orientation shall not be disclosed to anyone other than the employees, the exclusive representative, or a vendor that is contracted to provide a service for purposes of the orientation.

Teamsters Local 2010
9900 Flower Street
Bellflower, CA 90706

To whom it may concern:

I am employed by UC San Diego and until now have been a dues-paying member of the Teamsters Local 2010 ("Union"). Union dues have been taken out of each of my paychecks – thus reducing my take-home pay.

In accordance with my rights under the Supreme Court's decision in Janus v AFSCME, I hereby decline to pay dues or fees to the Union or its affiliates. With this letter I hereby terminate my membership in the Union and in all of its affiliates. Please discontinue payroll withholding, deductions, checkoffs or other forms of payment of dues or fees ("Dues Payments") by me from the date of this letter and do not send or transmit any money belonging to me to any union.

In addition, I require a refund of dues deducted from the date the Supreme Court decided the Janus case in June 2018. I reserve the right to rejoin the Union at a later time if I believe that membership is in the best interests of me, my family, and those in my work environment who rely on me.

If you refuse to comply with any request made above, please inform me of the reason for each such refusal and provide copies of documents on which such reasons are based. If you refuse for any reason to accept my termination of membership now but contend that my termination of membership would be effective at a later date, please hold this letter and implement my termination of membership at the first opportunity when you contend it would be effective – and immediately advise me of that date. I offer this latter alternative in mitigation only and not as a concession of any of my rights.

Please be aware that my right to demand these actions requested in this letter are constitutionally protected rights under the Janus decision. If I am denied that right, I may take legal action to enforce my rights and have been advised of pro-bono legal resources available to me to protect my rights.

Sincerely,

Michael Jackson

*Michael Jackson* 1/23/19

270 C Street
Chula Vista, CA 91910

Jackson Exhibit B
7



# TEAMSTERS LOCAL 2010

*An Affiliate of the International Brotherhood of Teamsters*

**Jason Rabinowitz**
Secretary Treasurer and Principal Officer

February 7, 2019

Michael Jackson                    Sent via USPS Certified/RR Requested 70131090000016041038
2415 Morningside Street
San Diego, CA 92139

Subject:    Membership Opt Out Request

Dear Michael Jackson:

We have received and processed your request to change your membership status with Teamsters Local 2010. While we hope all members will stand together in our Union so we will have the power we need to win fair pay and rights at work, you are free to resign membership at any time. According to our records, you signed a Membership Application and payroll deduction authorization form on 7/11/2016. A copy of the Application is attached for your reference. Pursuant to the terms of the Membership Application that you signed, payroll deductions continue until revoked in accordance with the requirements of the Application. Therefore, payroll deductions will continue as an active fee payer. You may seek revocation in the future pursuant to the requirements described in the membership application and deduction authorization form.

Our ability to fight for better wages and fair working conditions depends on the strength of the Union's membership. We ask you to consider standing with your co-workers in the Union at this critical time.

Our pay, benefits and rights as public workers are under attack. **A well-funded campaign seeks to weaken our Unions so they can lower our pay and benefits. Over 10,000 of your colleagues – the vast majority of Teamsters Local 2010 members – have committed to stand together as Teamsters.** When we all commit to stand together in our Union, we show each other and the University that we will not be divided, and we have the power we need to protect our jobs, pay and benefits.

The Union is simply all of us standing together to win fair wages and a better workplace. **That's how Teamsters Local 2010 members have won strong contracts with guaranteed raises each year.**

But a powerful Union, like any effective organization, needs resources to function. **As an organization of working people, our Union doesn't receive funding from outside sources like corporations or billionaires. So, part of standing together is that we all contribute our fair**

Jackson Exhibit C
8

share to make the Union run. Since the Union represents everyone in the bargaining unit, and since everyone benefits from the raises and rights we win together, that's how we protect and expand our rights at work.

**We urge you to stand with your colleagues by completing and returning the Member Power Form today in the enclosed postage-paid envelope.** The amount that you currently contribute will not change. But you will receive important rights of membership, such as the right to vote on our contract and participate in Union elections. You will also receive exclusive Teamster Privilege benefits, such as Teamster Scholarships for your children, $5000 in Union-paid life insurance, member discounts, and more.

**Most importantly, you will be continuing to stand with your colleagues to protect our jobs, pay and benefits. Mail in your form today!** If you have any questions, please visit teamsters2010.org, call the Union at (616) 780-1037 or email to ndemsas@teamsters2010.org. **When we stand together as Teamsters, we win together!**

If you have any questions regarding the contents of this letter or wish to discuss, please do not hesitate to contact me.

Sincerely,

JASON RABINOWITZ
Secretary-Treasurer / Principal Officer

JR/RN

cc:   Naomi Demsas, Union Representative

# Member Power
# Teamster Power
# YES!



*Stand Together*
*Win Together* ✓

201002557   Cecila P.

I want to become a member of Teamsters Local 2010 and continue to stand with my coworkers to win fair wages, benefits, and working conditions for all!



**I recognize the need for a strong union and believe everyone represented by our union should pay their fair share to support our union's activities.** Therefore, I voluntarily authorize my employer to deduct from my earnings and transfer to Teamsters Local 2010 an amount equal to the regular monthly dues uniformly applicable to members of Local 2010, and I agree that this authorization shall remain in effect for the duration of the existing collective bargaining agreement, if any, and yearly thereafter until a new CBA is ratified, unless I give written notice via U.S. mail to both the employer and Local 2010 during the 30 days prior to the expiration of the CBA or, if none, the end of the yearly period. My check-off authorization will renew automatically, regardless of my membership status, unless revoked during the window period described. **My signature below strengthens our Union to win fair wages and benefits!**

☐ It's okay to use my name & likeness for Teamster Publications     ☐ I would like to receive text messages from the Union (SMS)

| Last Name | First Name | M.I. | Payroll Title | Hire Date |
|---|---|---|---|---|
| JACKSON | MICHAEL |  | BLANK AST 2 @ 1 | 10/21/2013 |

| Home Mailing Address | City | State | Zip | SD: Thurgood |
|---|---|---|---|---|
| 2415 MORNINGSIDE STREET | SAN DIEGO | CA | 92139 |  |

| Home Phone | Active Dues Member | Mobile Phone | Personal Email | SD: Hopkins Parking Structure |
|---|---|---|---|---|
| 619-709-0411 |  | 619.709.0411 |  |  |

| Work Address | City | State | Zip | CAMPUS ☑ MED CTR ☐ |
|---|---|---|---|---|
|  |  |  |  |  |

| Work Phone | Work Email | | Department | Employee I.D. # |
|---|---|---|---|---|
|  | msjackson@ucsd.edu | | TRANSP & PARKING SERVICES | 15868 |

As a member in good standing, I proudly pledge to faithfully uphold the Constitution and bylaws of the International Brotherhood of Teamsters and Local 2010. I will faithfully perform any duties entrusted to me to the best of my ability. I will conduct myself at all times in a manner as not to bring reproach upon my Union. I am proud to join with my Union Sisters and Brothers to accept my responsibilities during any authorized strike or lockout. As a member in good standing I shall be entitled to all of the rights and privileges of membership!

Signature: *[signed]*     Date: 7/11/16     5·7·14

## 2 — TEAMSTERS LIFE WITH DUES
$5,000 life insurance benefit free to Teamster members

| Member's Social Security # (Last 4 Only) | Member's Birthday |
|---|---|
| XXX - XX - | |
| Beneficiary #1 *Already have* | Date of Birth |
| Beneficiary #2 | Date of Birth |
| Beneficiary #3 | Date of Birth |

## 3
**I want to hold politicians accountable to working families.** I authorize my employer to withhold the amount below each week to forward to Teamsters Local 2010 as a contribution to D.R.I.V.E. (Democratic Republican Independent Voter Education).

☐ $2.00   ☐ $3.00   ☐ $5.00   ☐ Other amount $_____

First Name    Last Name    Signature    Date

This authorization is made voluntarily based on my specific understanding that: 1) I am not required to sign this form or make voluntary contributions to DRIVE as a condition of my employment or membership in the union; 2) I may refuse to contribute without reprisal; 3) Under law, only union members and union staff who are U.S. Citizens or lawful permanent residents are eligible to contribute to DRIVE; 4) DRIVE uses the money it receives for political purposes – including making contributions to and expenditures on behalf of candidates for federal, state, and local offices – and addressing political issues of importance to working families. This authorization shall remain in effect until revoked by me in writing via U.S. mail to Teamsters Local 2010. Contributions or gifts to DRIVE are not tax deductible as charitable contributions.

*400 Roland Way, Suite 2010 | Oakland, CA 94621 | tel: (510) 845-2221 | fax: (510) 845-7444 | teamsters2010.org*

Jackson Exhibit C
10

**Jackson, Michael**

To whom it may concern,
Here is a copy of my signature.

*[signature: Michael Jackson]*

Michael Jackson
AM Lead, Special Events Parking
University of California San Diego
msjackson@ucsd.edu
858.822.2624 (Events Line)

Michael Jackson
270 C Street
Chula Vista, CA 91910
March 20, 2019

University of California, San Diego
Business and Financial Services, Payroll Division
9500 Gilman Drive, 0952
La Jolla, CA 92093-0952

Dear University of California, San Diego:

I am employed by University of California Transportation department at San Diego as a Special Events Parking Lead.

**Effective immediately, I have resigned my membership from the Teamsters Local 2010 and all affiliated unions and wish to be considered a nonmember.**

Per the U.S. Supreme Court's decision in Janus v. AFSCME, I cannot be required to pay any dues or fees to a union to maintain my job. **Any previous authorizations of membership and/or the deduction of dues or fees are invalid** because they were based on an unconstitutional choice: pay dues to a union and become a member, or pay fees to a union as a nonmember.

**Therefore, you are no longer authorized to enforce any authorization** I may have apparently given pursuant to a signed authorization form, or any authorization that Employer has inferred on my behalf, allowing Employer to make an automatic payroll deduction for Union dues or fees.

**Furthermore, any restriction on the timing of revoking a dues/fees deduction is invalid because any previous authorization was signed under a framework *Janus* declared unconstitutional.**

If you refuse to accept this letter as both an effective resignation and my immediate revocation of the automatic dues or fees deduction, please inform me in writing of exactly what must be done to revoke my automatic dues or fees deduction authorization and resign my membership in the Union.

Please respond promptly. Any further collection of dues or fees will constitute a violation of my rights under the U.S. Constitution.

Sincerely:

*Michael Jacksn*
Signature

___Michael Jackson___
Print name

___03/20/2019___
Date

Jackson Exhibit E
12

**From:** Henry, Jennifer
**Sent:** Thursday, March 28, 2019 1:05 PM
**To:** Jackson, Michael
**Cc:** LabRelTemp
**Subject:** CX member cancellation letter

Dear Mr. Jackson,

Labor Relations received your letter, which was addressed to Payroll.

Due to a new law passed on June 27, 2018 (Senate Bill 866), all inquiries regarding your status as a Union Member, Fees Payer or Conscientious objector must be referred to your Union. Since you are represented by Teamsters Local 2010 CX, your contacts for this would be Naomi Demsas ndemsas@teamsters2010.org, Melissa Munio mmunio@teamsters2010.org, and Monica Romero mromero@teamsters2010.org.

Best,

Jennifer

**Jennifer Henry**

Jackson Exhibit F
13

**Labor Relations Advocate**

Preferred Pronouns: She/Her/Hers

Human Resources

University of California San Diego

9500 Gilman Drive #0921 | La Jolla, CA 92093-0921

T: 858.534.9656 | F: 858.534.8870 | Jnhenry@ucsd.edu

http://blink.ucsd.edu/go/org/labrel


**Location change:** Human Resources has temporarily relocated to 6165 Greenwich Drive through December 2019, except for FSAP which remains on the 4th floor at TPCS.



---

📄 **M. Jackson request to cancel Union Dues.pdf**
212K

Jackson Exhibit F
14

Teamsters Local 2010
9900 Flower Street
Bellflower, CA 90706

To whom it may concern:

I am employed by UC San Diego and until now have been a dues-paying member of the Teamsters Local 2010 ("Union"). Union dues have been taken out of each of my paychecks – thus reducing my take-home pay.

In accordance with my rights under the Supreme Court's decision in Janus v AFSCME, I hereby decline to pay dues or fees to the Union or its affiliates. With this letter I hereby terminate my membership in the Union and in all of its affiliates. Please discontinue payroll withholding, deductions, checkoffs or other forms of payment of dues or fees ("Dues Payments") by me from the date of this letter and do not send or transmit any money belonging to me to any union.

In addition, I require a refund of dues deducted from the date the Supreme Court decided the Janus Case in June 2018. I reserve the right to rejoin the Union at a later time if I believe that membership is in the best interests of me, my family, and those in my work environment who rely on me.

If you refuse to comply with any request made above, please inform me of the reason for each such refusal and provide copies of documents on which such reasons are based. If you refuse for any reason to accept my termination of membership now but contend that my termination of membership would be effective at a later date, please hold this letter and implement my termination of membership at the first opportunity when you contend it would be effective – and immediately advise me of that date. I offer this latter alternative in mitigation only and not as a concession of any of my rights.

Please be aware that my right to demand these actions requested in this letter are constitutionally protected rights under the Janus decision. If I am denied that right, I may take legal action to enforce my rights and have been advised of pro-bono legal resources available to me to protect my rights.

Sincerely,

Tory Smith

*[signature]* 2·19·19

3567 Waco St
San Diego, CA 92117



Jackson Exhibit G

15



# TEAMSTERS LOCAL 2010
*An Affiliate of the International Brotherhood of Teamsters*

**Jason Rabinowitz**
Secretary Treasurer and Principal Officer

February 27, 2019

Tory Smith  *Sent via USPS Certified/RR Requested 70131090000016041113*
3567 Waco St.
San Diego, CA 92117

Subject: Membership Opt Out Request

Dear Tory Smith:

We have received and processed your request to change your membership status with Teamsters Local 2010. While we hope all members will stand together in our Union so we will have the power we need to win fair pay and rights at work, you are free to resign membership at any time. According to our records, you signed a Membership Application and payroll deduction authorization form on 4/18/2016. A copy of the Application is attached for your reference. Pursuant to the terms of the Membership Application that you signed, payroll deductions continue until revoked in accordance with the requirements of the Application. Therefore, payroll deductions will continue as an active fee payer. You may seek revocation in the future pursuant to the requirements described in the membership application and deduction authorization form.

Our ability to fight for better wages and fair working conditions depends on the strength of the Union's membership. We ask you to consider standing with your co-workers in the Union at this critical time.

Our pay, benefits and rights as public workers are under attack. **A well-funded campaign seeks to weaken our Unions so they can lower our pay and benefits. Over 10,000 of your colleagues – the vast majority of Teamsters Local 2010 members – have committed to stand together as Teamsters.** When we all commit to stand together in our Union, we show each other and the University that we will not be divided, and we have the power we need to protect our jobs, pay and benefits.

The Union is simply all of us standing together to win fair wages and a better workplace. **That's how Teamsters Local 2010 members have won strong contracts with guaranteed raises each year.**

But a powerful Union, like any effective organization, needs resources to function. **As an organization of working people, our Union doesn't receive funding from outside sources like corporations or billionaires. So, part of standing together is that we all contribute our fair**

NORTHERN CALIFORNIA
400 Roland Way, Suite 2010
Oakland, CA 94621
(510) 845-2221 | (510) 845-7444 Fax

*Our Work Makes California Work!*
www.teamsters2010.org

SOUTHERN CALIFORNIA
9900 Flower Street
Bellflower, CA 90706
(562) 376-4710 | (562) 376-4709 Fax

Jackson Exhibit H
16

share to make the Union run. Since the Union represents everyone in the bargaining unit, and since everyone benefits from the raises and rights we win together, that's how we protect and expand our rights at work.

**We urge you to stand with your colleagues by completing and returning the Member Power Form today in the enclosed postage-paid envelope.** The amount that you currently contribute will not change. But you will receive important rights of membership, such as the right to vote on our contract and participate in Union elections. You will also receive exclusive Teamster Privilege benefits, such as Teamster Scholarships for your children, $5000 in Union-paid life insurance, member discounts, and more.

**Most importantly, you will be continuing to stand with your colleagues to protect our jobs, pay and benefits. Mail in your form today!** If you have any questions, please visit teamsters2010.org, call the Union at (619) 780-1037 or email to ndemsas@teamsters2010.org. **When we stand together as Teamsters, we win together!**

If you have any questions regarding the contents of this letter or wish to discuss, please do not hesitate to contact me.

Sincerely,

*[signature]*

JASON RABINOWITZ
Secretary-Treasurer / Principal Officer

JR/RN

cc: Naomi Demsas, Union Representative



2010006778

# TEAMSTERS LOCAL 2010
400 Roland Way, Suite 2010 | Oakland, CA 94621
(510) 845-2221 | (510) 845-7444 fax | www.teamsters2010.org

## APPLICATION FOR FULL MEMBERSHIP — Active Dues Member

| Field | Value |
|---|---|
| LAST NAME | SMITH |
| FIRST NAME | TORY |
| PAYROLL TITLE (NOT WORKING TITLE) | BLANK AST 1 @ 1 |
| HIRE DATE | 4/17/2006 |
| HOME / MAILING ADDRESS | 3567 WACO ST |
| CITY | SAN DIEGO |
| STATE | CA |
| ZIP | 92117-5857 |
| HOME PHONE | 6199134561 |
| WORK PHONE | 858-822-7809 |
| MOBILE PHONE | |
| PERSONAL EMAIL | |
| WORK EMAIL | T3SMITH@UCSD.EDU |
| CAMPUS/MEDICAL CENTER | UCSD |
| LOC | 6 |
| EMPLOYEE ID# | 780570 |
| WORK ADDRESS | TRANSP & PARKING SERVICES   SD: HOPKINS PARKING STRUCTURE |
| CITY | |
| STATE | CA |
| ZIP | |

LEADERSHIP (pick one)

COMMUNICATIONS
It's okay to use my name & likeness for Teamster Publications ___
I would like to receive text messages from the Union (SMS) ___

POLITICAL ACTION
I would like to contribute to the voter education fund (D.R.I.V.E.)

LOCATION NOTES            COLLECTED BY

## TEAMSTERS LIFE WITH DUES INSURANCE BENEFIT (currently $5,000 member)

| MEMBER NAME | SOCIAL SECURITY NUMBER (LAST 4 ONLY) | MEMBER'S BIRTH DATE |
|---|---|---|
| TORY SMITH | xxx-xx-3169 | 01/11/64 |

| BENEFICIARY #1 | DATE OF BIRTH | BENEFICIARY #2 | DATE OF BIRTH | BENEFICIARY #3 | DATE OF BIRTH |
|---|---|---|---|---|---|
| | / / | | / / | | / / |

### CHECKOFF AUTHORIZATION AND ASSIGNMENT FOR PAYROLL DEDUCTION

I, the undersigned, voluntarily submit this Application for Full Membership in the above Local Union, affiliated with the International Brotherhood of Teamsters, so that I may fully participate in the activities of the Union, hereby revoking any contrary designations. I understand that by becoming and remaining a member of the Union, I will be entitled to all the rights of membership. I agree to abide by the Constitution of the International as well as the Local Union Bylaws and assume the following oath of obligation: I pledge my honor to faithfully observe the Constitution and laws of the International Brotherhood of Teamsters. I pledge that I will comply with all the rules and regulations for the government of the International Union and this Local Union. I will faithfully perform all the duties assigned to me to the best of my ability and skill. I will conduct myself at all times in a manner, as not to bring reproach upon my Union. I shall take an affirmative part in the business and activities of the Union and accept and discharge my responsibilities during any authorized strike or lockout. I understand that contributions, gifts or dues paid to Teamsters Local 2010 are not tax deductible as charitable contributions, however I also understand that they may be deductible as ordinary and necessary business expense.

I hereby authorize my employer to deduct from my wages each and every month an amount equal to the monthly dues and/or initiation fees, and uniform assessments of Local Union 2010, and direct such amounts so deducted to be turned over each month to the Secretary-Treasurer of such Local Union for and on my behalf. This voluntary authorization and assignment shall be irrevocable, regardless of whether I am or remain a member of the Union, for the duration of the existing memorandum of understanding, if any, between the Employer and the Local Union and for year to year thereafter, unless I give the Employer and the Local Union written notice of revocation not more than 30 days prior to, and not after, the expiration of the memorandum of understanding or, if none, the end of the yearly period; provided however, that if an applicable memorandum of understanding specifies a different or longer revocation period, then only that other period shall apply. This authorization is voluntary and is not conditioned on my present or future membership in the Union. In the event that I become unemployed in the jurisdiction of the union Local 2010 has my permission to place me on automatic withdrawal.

SIGNATURE: [signed]            DATE: 4·18·16

5·8·14

### FOR UNIVERSITY USE ONLY

| Tran Code | Employee ID | Date | Element No. | Bal CD | Amount |
|---|---|---|---|---|---|
| 1  2 | 4    12 | 13    18 | 19    22 | 23  23 | 30 |
| X1 | | MO  DY  YR | 6 | G | |
| X1 | | | 6 | G | |

Tory Smith
3567 Waco St
San Diego, CA 92117
May 24, 2019

University of California, San Diego
Business and Financial Services, Payroll Division
9500 Gilman Drive, 0952
La Jolla, CA 92093-0952

Dear University of California, San Diego:

I am employed by University of California Transportation department at San Diego as a Special Events Parking Sign Maker.

**Effective immediately, I have resigned my membership from the Teamsters Local 2010 and all affiliated unions and wish to be considered a nonmember.**

Per the U.S. Supreme Court's decision in Janus v. AFSCME, I cannot be required to pay any dues or fees to a union to maintain my job. **Any previous authorizations of membership and/or the deduction of dues or fees are invalid** because they were based on an unconstitutional choice: pay dues to a union and become a member, or pay fees to a union as a nonmember.

**Therefore, you are no longer authorized to enforce any authorization** I may have apparently given pursuant to a signed authorization form, or any authorization that Employer has inferred on my behalf, allowing Employer to make an automatic payroll deduction for Union dues or fees.

**Furthermore, any restriction on the timing of revoking a dues/fees deduction is invalid because any previous authorization was signed under a framework *Janus* declared unconstitutional.**

If you refuse to accept this letter as both an effective resignation and my immediate revocation of the automatic dues or fees deduction, please inform me in writing of exactly what must be done to revoke my automatic dues or fees deduction authorization and resign my membership in the Union.

Please respond promptly. Any further collection of dues or fees will constitute a violation of my rights under the U.S. Constitution.

Sincerely:

*Tory smith*
_____
Signature

Tory Smith
Print name

05/24/2019_____
Date